# **EXHIBIT E**

**Sobonya, David P. (RMD) (FBI)**

| | |
|---|---|
| **From:** | Tucker, Eric <etucker@ap.org> |
| **Sent:** | Thursday, April 21, 2016 4:59 PM |
| **To:** | Sobonya, David P. (RMD) (FBI) |
| **Cc:** | Tucker, Eric |
| **Subject:** | ASSOCIATED PRESS FREEDOM OF INFORMATION ACT, 4/21/2016 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Fax: (540) 868-4391/4997

Dear Mr. Sobonya:     MAY 01 2016

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request the following information:

_ Any FBI contract, request for proposal, written arrangement or business transaction, signed between the dates of March 20, 2016 and March 22, 2016, for technology used to unlock the iPhone 5C used by Syed Rizwan Farook.

_ Alternatively, any record of payment, receipt, etc., that the FBI or U.S. government or any entity acting on its behalf made for technique.

I would like to receive the information in electronic format.

I am making this request as a reporter with The Associated Press and this request is made as part of newsgathering and not for commercial use. As a representative of the news media I am only required to pay for the direct cost of duplication after the first 100 pages.

I ask that you waive any and all applicable fees associated with this request. Through this request, I am gathering information on a matter of significant public interest _ the method devised by a third-party entity that enabled the FBI and Justice Department to access the phone used by one of the two attackers in the December 2, 2015 mass killings in San Bernardino, California.

If you deny this request for a fee waiver, please advise me in advance of the estimated charges if they are to exceed $100.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the Act. I will also expect you to release all segregable portions of otherwise exempt material. I reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

1

As I am making this request as a journalist and the information is of timely value, I would appreciate your communicating with me by telephone, 202-641-9418, or e-mail, etucker@ap.org, rather than by mail, if you have questions regarding this request

Finally, I note that President Obama's January 21, 2009 "Presidential Memorandum for the Heads of Executive Departments and Agencies on the Freedom of Information Act" specifically stated that "[i]n responding to requests under the FOIA, executive branch agencies should act promptly and in a spirit of cooperation, recognizing that such agencies are servants of the public." Moreover, it held that "[a]ll agencies should adopt a presumption in favor of disclosure, in order to renew their commitment to the principles embodied in FOIA, and to usher in a new era of open Government. The presumption of disclosure should be applied to all decisions involving FOIA."

In the spirit of such cooperation and the presumption of disclosure, I look forward to your prompt response.

Thank you for your assistance.

Sincerely,

Eric Tucker

Associated Press
1100 13th Street, NW
Washington, DC 20005