IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS; GANNETT SATELLITE INFORMATION NETWORK LLC d/b/a USA TODAY; and VICE MEDIA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No. 16-cv-1850 (TSC) |

## DECLARATION OF JAY WARD BROWN

Under penalty of perjury, I, Jay Ward Brown, hereby declare as follows:

1. I am a partner in the firm Levine Sullivan Koch & Schulz LLP, counsel of record in the above-captioned matter for plaintiffs The Associated Press ("AP"), Gannett Satellite Information Network LLC d/b/a/ USA TODAY ("USA TODAY"), and Vice Media LLC ("Vice") (together, "News Organizations"). I submit this declaration in support of plaintiffs' Cross-Motion for Summary Judgment and in opposition to defendant Federal Bureau of Investigation's Motion for Summary Judgment. The facts stated below are true of my own personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the article *Shooters may have had links to radical ideology*, published in USA TODAY on December 3, 2015 and written by Martin Rogers, Brad Heath, and Doug Stanglin.

3. Attached hereto as Exhibit B is a true and correct copy of the article *Obama Says of Terrorist Threat: 'We Will Overcome It,'* published in The New York Times on December 6, 2015 and written by Gardiner Harris and Michael D. Shear.

1

4. Attached hereto as Exhibit C is a true and correct copy of the article *FBI investigates Southern California attack as act of terror*, published by The Associated Press on December 5, 2015 and written by Amanda Lee Myers and Tami Abdollah.

5. Attached hereto as Exhibit D is a true and correct copy of the article *FBI: No evidence San Bernardino killers were part of a cell*, published in USA TODAY on December 4, 2015 and written by Doug Stanglin and Kevin Johnson.

6. Attached hereto as Exhibit E is a true and correct copy of the article *Apple v. FBI timeline: 43 days that rocked tech*, published in USA TODAY on March 30, 2016 and written by Elizabeth Weise.

7. Attached hereto as Exhibit F is a true and correct copy of the article *No links to foreign terrorists found on San Bernardino iPhone so far, officials say*, published in The Washington Post on April 14, 2016 and written by Ellen Nakashima and Adam Goldman.

8. Attached hereto as Exhibit G is a true and correct copy of the article *FBI Director: We Paid More Than $1.2 Million for San Bernardino iPhone Hack*, published by Vice Motherboard on April 21, 2016 and written by Joshua Kopstein.

9. Attached hereto as Exhibit H is a true and correct copy of the article *FBI head suggests agency paid more than $1M to access iPhone*, published by The Associated Press on April 21, 2016.

10. Attached hereto as Exhibit I is a true and correct copy of the FBI press release *Director Comey Remarks During May 11 'Pen and Pad' Briefing with Reporters*, published on the official website of the FBI on May 14, 2016 at https://www.fbi.gov/news/pressrel/press-releases/director-comey-remarks-during-may-11-2018pen-and-pad2019-briefing-with-reporters.

11. Attached as Exhibit J is a true and correct copy of the documents produced in this action by the FBI to the News Organizations, which are Bates designated AP-1 to AP-123. The documents that have been withheld in full do not appear in the production, and their absence is indicated on the Deleted Page Information Sheets included therein.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

DATED:   February 20, 2017

                                                  ___/s/ Jay Ward Brown_____
                                                  Jay Ward Brown (D.C. Bar No. 437686)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of February, 2017, I caused the Plaintiffs' Cross-Motion for Summary Judgment, the Memorandum of Points and Authorities in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, the Statement of Material Facts as to Which There is No Genuine Dispute, the Declaration of Jay Ward Brown and the exhibits thereto, and Proposed Order, to be filed and served electronically via the Court's ECF system upon all counsel of record.

Dated: February 20, 2017           /s/ Jay Ward Brown
                                                                              Jay Ward Brown