UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ASSOCIATED PRESS**, *et al.*,            )<br>                                                            )<br>            Plaintiffs,                             )<br>                                                            )<br>    v.                                                    )<br>                                                            )<br>**FEDERAL BUREAU OF**                    )<br>**INVESTIGATION**,                              )<br>                                                            )<br>            Defendant.                          )<br>                                                            ) | Civil Action No. 16-cv-1850 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion to supplement the record (ECF No. 20) is hereby **GRANTED**. The FBI's motion for summary judgment (ECF No. 14) is also hereby **GRANTED**, and Plaintiffs' cross-motion for summary judgment (ECF No. 15) is hereby **DENIED**. This action is hereby dismissed with prejudice. This is a final appealable order.

Date:  September 30, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge